GLORIA SCHNEIDERMAN, an Infant, by WILLIAM SCHNEID-ERMAN, Her Guardian ad Litem, et al., Appellants, *v.* MOTHER'S FRIEND'S WET WASH LAUNDRY, INC., Respondent.

(Argued November 19, 1930; decided December 4, 1930.)

*Sidney J. Feltenstein* and *Moses Feltenstein* for appellants.

*William Dike Reed* for respondent.

Order of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that there was a question of fact as to the defendant's negligence; no opinion.

Concur: POUND, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., CRANE and LEHMAN, JJ.